UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00184 |
| ) | JUDGE SHARP |
| EZEQUIEL RICO-MENDEZ ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 68).

The motion is GRANTED and the plea hearing is hereby scheduled for Tuesday, July 9, 2013, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE